463 A.2d 28

Estate of Schachter.

Appeal of Sidney West.

Argued February 15, 1983. William D. Parry, for appellant; J. Aker, for participating party.

Before CERCONE, P.J., JOHNSON and MONTEMURO, JJ.

We affirm the decree of December 22, 1981.